# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1649 | **DATE** | 1/17/2012 |
| **CASE TITLE** | Diaz vs. Elgin School District #U-46 | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' settlement, the case is dismissed without prejudice and without costs or fees, and with leave to seek reinstatement by 3/19/12 solely for the purpose of enforcing the settlement. If the case has not been reinstated by that date and there is no motion for reinstatement then pending, the dismissal shall be with prejudice as of 3/20/12.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|